UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

RONALD SCHILKE,

    Plaintiff,

v.                              CASE NO. 2:10-CV-00482-CEH-DNF

NORTHSTAR LOCATION SERVICES, LLC,

    Defendants.

_____

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, RONALD SCHILKE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                      RESPECTFULLY SUBMITTED,

                                      By: /s/ James Pacitti_____
                                          James Pacitti (FBN: 119768)
                                          Krohn & Moss, Ltd
                                          10474 Santa Monica Blvd, Suite 401
                                          Los Angeles, CA 90025
                                          Phone: (323) 988-2400 x 230
                                          Fax: (866) 385-1408
                                          jpacitti@consumerlawcenter.com
                                          Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Matthew Rabin, Attorney for Defendant, by the Court's CM/ECF system.

/s/ James Pacitti
James Pacitti
Attorney for Plaintiff