UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

RONALD SCHILKE,
    Plaintiff,

v.                                              CASE NO: 2:10-cv-482-FTM-36-DNF

NORTHSTAR LOCATION SERVICES, LLC,
    Defendant.
_____/

**O R D E R**

Before the Court is the Stipulation of Dismissal With Prejudice And Proposed Order (Doc. 31). In accord with the Stipulation of Dismissal, it is **ORDERED AND ADJUDGED** as follows:

    1)     The Stipulation of Dismissal is APPROVED.

    2)     This cause is dismissed, with prejudice.

    3)     The Clerk is directed to enter judgment accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, on March 17, 2011.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record